**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
David J. McGlothlin, Esq. (SBN: 253265)
david@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
Gustavo Ponce, Esq. (SBN: 343430)
gustavo@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Muhammad Rafique

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MUHAMMAD RAFIQUE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TOMOCREDIT, INC.,<br><br>Defendant. | Case No.: 2:25-CV-03070-DAD-CKD<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

- 1 -
NOTICE OF VOLUNTARY DISMISSAL

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Please take notice that pursuant to Rule 41(a)(1)(A)(i) Plaintiff MUHAMMAD RAFIQUE ("Plaintiff") hereby voluntarily dismisses Plaintiff's individual claims and the putative class claims against TOMOCREDIT, INC. ("Defendant") in the above action with each side to bear their own fees and costs. Defendant has not filed an answer to the Complaint nor a motion for summary judgment.

Dated: February 2, 2026              Respectfully submitted,

                                     **KAZEROUNI LAW GROUP, APC**

                                     By: */s/ Gustavo Ponce, Esq.*
                                          Gustavo Ponce, Esq.
                                          *Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is Kazerouni Law Group, APC, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, CA 92626. On February 2, 2026, I served the within document(s):

- **NOTICE OF VOLUNTARY DISMISSAL**

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on February 2, 2026, at Las Vegas, Nevada.

*/s/ Gustavo Ponce*
GUSTAVO PONCE, ESQ.